# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-cv-7992

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Izhak Convenient Company d/b/a Tobacco Zone and Mohammad Abdelhadi**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **IZHAK CONVENIENT COMPANY D/B/A TOBACCO ZONE**

PERSON SERVED: **MYASSAR ABDELKHALIQ, REGISTERED AGENT**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **04/04/2020 at 12:00 PM**

ADDRESS, CITY AND STATE: **3109 W JEFFERSON ST, JOLIET, IL 60435**

DESCRIPTION: **Middle Eastern, Male, 40, 5'11", 220 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Chris Adlington, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

_(signature)_ Joan C. Harenberg  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #: **16-1745**

Tracking #: **433398**