# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-cv-7992

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Izhak Convenient Company d/b/a Tobacco Zone and Mohammad Abdelhadi**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

**PARTY SERVED: MOHAMMAD ABDELHADI**

**METHOD OF SERVICE: Personal Service** - By personally delivering copies to **MOHAMMAD ABDELHADI.**

DATE & TIME OF DELIVERY: **04/05/2020 at 11:50 AM**

ADDRESS, CITY AND STATE: **3109 W JEFFERSON ST, JOLIET, IL 60435**

DESCRIPTION: **Middle Eastern, Male, 55, 5'10", 200 lbs, Black/Balding hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_

Chris Adlington, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

_[signature: Joan C. Harenberg]_

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**
FILE #: **16-1745**

Tracking #: **433399**