IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 19-CV-07992

ROOR INTERNATIONAL BV and
SREAM, INC.

        Plaintiffs,

v.

IZHAK CONVENIENT COMPANY d/b/a
TOBACCO ZONE and MOHAMMAD
ABDELHADI,

        Defendants.
_____/

## PLAINTIFFS' STATUS REPORT[1]

1.    Defendants have been served, and are in default.

2.    Plaintiffs will be filing a Motion for Entry of Default under Rule 55(a), today.

Dated: August 18, 2020

Respectfully submitted,

/s/Christopher V. Langone
Christopher V. Langone
3033 N. Clark
Chicago, IL 60657
(312) 344-1945
langonelaw@gmail.com

---

[1] This report is one day late, Plaintiffs' counsel apologizes – his computer crashed and most of the day yesterday, August 17, 2020, was spent recovering data and files.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed August 18, 2020 with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ Christopher V. Langone
Christopher V. Langone

## SERVICE LIST

MUTUAL TRADERS LLC
d/b/a AMERICAN SMOKE & VAPE
R/A  TAX WIZARD INC.
4438 Oakton Street
Skokie, Illinois 60076

MOHAMMAD I. PATEL
7026 W. Crain Street
Niles, Illinois 60714